377 A.2d 989

Commonwealth, Appellant, v. Powell.

Commonwealth v. Powell, Appellant.

Argued June 14, 1977.   Frank J. Williams, Deputy District Attorney, with him William H. Lamb, District Attorney, for appellant at No. 728 and appellee at No. 921;   Michael B. Kean, with him MacElree, Harvey, Gallagher & Kean, for appellant at No. 921 and appellee at No. 728.

Orders affirmed.